IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSHUA LEVIN, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 11-3642 |
| v. | : | |
| | : | |
| LOWER MERION SCHOOL DISTRICT, | : | |
| THE BOARD OF DIRECTORS OF THE | : | |
| LOWER MERION SCHOOL DISTRICT, and | : | |
| CHRISTOPHER W. McGINLEY, | : | |
| Superintendent of Lower Merion School | : | |
| District, | : | |
| Defendants. | : | |

## O R D E R

**AND NOW**, this 26th day of October, 2011, following a Preliminary Pretrial Conference on said date, the parties, through counsel, having reported that they are interested in continuing their settlement discussions, **IT IS ORDERED** that the parties, through counsel, shall jointly report to the Court (letter to Chambers, Room 12613) on or before November 10, 2011, with respect to whether the case is settled. In the event the case is not settled on or before November 10, 2011, counsel shall include in their joint report a statement as to whether they believe further settlement conferencing before this Court or United States Magistrate Judge Thomas J. Rueter might be of assistance in resolving the case and, if so, on which settlement conferencing they agree and when they will be prepared to commence such proceedings.

BY THE COURT:

/s/ Jan E. DuBois
_____
JAN E. DUBOIS, J.