IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSHUA LEVIN,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **NO. 11-3642** |
| v. | : | |
| | : | |
| **LOWER MERION SCHOOL DISTRICT,** | : | |
| **THE BOARD OF DIRECTORS OF THE** | : | |
| **LOWER MERION SCHOOL DISTRICT, and** | : | |
| **CHRISTOPHER W. McGINLEY,** | : | |
| Superintendent of Lower Merion School | : | |
| District, | : | |
| **Defendants.** | : | |

## O R D E R

**AND NOW**, this 22nd day of December, 2011, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

BY THE COURT:

/s/ Jan E. DuBois, J.

JAN E. DUBOIS, J.